### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Kevin F. Kane

    Debtor(s)

Case No: 18−11781−jkf

Chapter: 13

___

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for Failure to file the Chapter 13 Plan.
will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Court on

4/25/18 at 09:30 AM , in Courtroom #3, 900 Market Street, Philadelphia, PA 19107 .

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 5, 2018

9
Form 151